555 A.2d 1293

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, R. Gordon Mathews and Jack L. Friedlander, Appellants,

v.

CHARTIERS VALLEY SCHOOL DISTRICT and the Township of Scott.

Supreme Court of Pennsylvania.

Argued March 7, 1989.

Decided March 21, 1989.

Leonard M. Mendelson, Hollinshead and Mendelson, Pittsburgh, for appellants.

Thomas J. Dempsey, Robert L. Federline, Pittsburgh, for Chartiers Valley School Dist. and The Township of Scott.

LeRoy S. Zimmerman, Atty. Gen., Harrisburgh.

Before NIX, C.J., and FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.